No. 1131, Misc. LESLIE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, *Bradley A. Stoutt,* Deputy Attorney General, for respondent.

No. 1209, Misc. PRAYLOW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1227, Misc. FITZGERALD *v.* PARKER, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar, David L. Norman* and *Gerald P. Choppin* for respondent.

No. 1234, Misc. GREEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1235, Misc. QUEEN *v.* FOGLIANI, WARDEN. Sup. Ct. Nev. Certiorari denied. Petitioner *pro se. Harvey Dickerson,* Attorney General of Nevada, for respondent.

No. 1238, Misc. WILLIAMS *v.* BOARD OF PRISON TERMS AND PAROLES ET AL. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way* and *Lee D. Rickabaugh,* Assistant Attorneys General, for respondents.

No. 1300, Misc. HEATON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert W. Barker, John W. Cragun* and *Claron C. Spencer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert L. Keuch* for the United States.